# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00238-CV

**D. L. and K. M., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-FM-11-003636, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants D.L. and K.M. each filed separate notices of appeal from the district court's order terminating their parental rights. They have now each filed separate motions to dismiss the appeal, each indicating by affidavit that they no longer desire to prosecute this appeal. We grant both motions. The appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed

Filed: July 11, 2013